

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/7/2024
```

**MEMO ENDORSED**

February 6, 2024

> Application GRANTED. The conference previously scheduled for February 13, 2024 is hereby ADJOURNED to **March 13, 2024, at 10:00 a.m.** The parties shall file their joint pre-conference statement no later than **March 6, 2024**. SO ORDERED.
>
> Barbara Moses
> United States Magistrate Judge
> February 7, 2024

**VIA ECF**
Judge Barbara C. Moses
United States Magistrate Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:   *Troche v. Tribal, LLC*
       Case No. 1:23-cv-09156 -ALC-BCM

Dear Judge Moses:

I represent the defendant in this matter. I write with the consent of plaintiff's counsel to request that the time for the parties to submit their pre-conference statement, currently due February 6, 2024, and the initial conference scheduled for February 13, 2024 (Dkt. No. 14) be adjourned for 30 days, to March 6, 2024, and March 13, 2024, respectively, or to such other date as is convenient to the Court for a conference. This is the first request for an adjournment. The basis for this request is that the parties anticipate engaging in settlement discussions in earnest over the next 30 days.

Thank you for your attention to this matter.

Respectfully,

*Peter T. Shapiro*

Peter T. Shapiro of
LEWIS BRISBOIS BISGAARD & SMITH LLP

cc: All Counsel (via ECF)